KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT D. REES (CSBN 229441)
Assistant United States Attorney

MICHAEL A. CAVES
Law Clerk

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7112
Fax: (415) 436-7234
Email: Michael.Caves@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-00365 MAG |
| Plaintiff, | **ORDER FOR SUMMONS** |
| v. | |
| GEORGETTE COOK, | |
| Defendant. | |

Having reviewed the Declaration of Michael A. Caves , the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing defendant Georgette Cook to appear on September 6, 2005 at 9:30 am before Magistrate Judge Spero to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated:  August 16, 2005

BERNARD ZIMMERMAN
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 05-00365 MAG